Judge Marrero

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
: INDICTMENT
UNITED STATES OF AMERICA :
: 07 Cr.
        - v. -          :
:
SERVIO BENCOSME, :
: 07CRIM1204
            Defendant.  :
:
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about February 13, 2007, and continuing thereafter, in the Southern District of New York and elsewhere, SERVIO BENCOSME, the defendant, having been released on bail in connection with a charge of an offense punishable by life imprisonment, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, BENCOSME failed to appear before a United States District Judge in the matter of United States v. Servio Bencosme, 06 Cr. 568 (RPP), on February 13, 2007, or at any time thereafter.

(Title 18, United States Code,
Sections 3146(a)(1) and (b)(1)(A)(i).)


_____                _____
FOREPERSON                             MICHAEL J. GARCIA
                                       United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 19 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SERVIO BENCOSME,

Defendant.

### INDICTMENT

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

POST 11-1-87
12/19/07
Filed Ind.
Ellis, J.